IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ASHLEY GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-443-M |
| | ) |
| UNIVERSITY OF OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is The University's Motion to Dismiss Plaintiff's Amended Complaint, filed June 20, 2016. Plaintiff has not responded to defendant's motion. Pursuant to Local Civil Rule 7.1(g)[1], the Court hereby deems defendant's motion to dismiss confessed. Accordingly, the Court GRANTS The University's Motion to Dismiss Plaintiff's Amended Complaint [docket no. 14] and DISMISSES this action without prejudice.

**IT IS SO ORDERED this 17th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] Local Civil Rule 7.1(g) provides, in pertinent part: "Any motion that is not opposed within 21 days may, in the discretion of the Court, be deemed confessed."