**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ASHLEY GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-443-M |
| | ) |
| UNIVERSITY OF OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to a separate order issued this same date, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this 17th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE