# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GRANT L. ASHLEY,                                    )
                                                    )
       Plaintiff,                          )
                                                    )
v.                                                  )          Case No. CIV-16-443-M
                                                    )
UNIVERSITY OF OKLAHOMA,                             )
                                                    )
       Defendant.                          )

## AMENDED ORDER

Before the Court is The University's Motion to Dismiss Plaintiff's Amended Complaint, filed June 20, 2016. Plaintiff has not responded to defendant's motion. Pursuant to Local Civil Rule 7.1(g)[1], the Court hereby deems defendant's motion to dismiss confessed. Accordingly, the Court GRANTS The University's Motion to Dismiss Plaintiff's Amended Complaint [docket no. 14] and DISMISSES this action without prejudice.

**IT IS SO ORDERED this 17th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] Local Civil Rule 7.1(g) provides, in pertinent part: "Any motion that is not opposed within 21 days may, in the discretion of the Court, be deemed confessed."